**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **INFOUSA, A Delaware corporation,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:06CV363** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **SECUREUSA, INC.,** | ) | |
| **A Georgia corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's Motion to Extend Rule 26 Meeting Report Deadline (Filing No. 13). The defendant seeks a continuance of the deadline to file a planning report with the court pursuant to Federal Rule of Civil Procedure 26(f) until after the court's ruling on the defendant's motion to dismiss or transfer venue (Filing No. 10). The defendant represents the plaintiff has no objection to the motion. Upon consideration,

**IT IS ORDERED:**

1. The defendant's Motion to Extend Rule 26 Meeting Report Deadline (Filing No. 13) is granted.

2. The parties shall have **twenty (20) days** from the date an order is filed on the currently pending motion to dismiss (Filing No. 10), in which to file a planning report with the court pursuant to Federal Rule of Civil Procedure 26(f), if necessary.

DATED this 14th day of July, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge