# In the UNITED STATES District Court
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INFOUSA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SECUREUSA, INC., a Georgia corporation,<br><br>Defendant. | Case No. 8:06CV363<br><br><br><br>ORDER |

This matter is before the court on InfoUSA, Inc.'s ("Plaintiff") stipulated motion for stay and extension of time for filing of defendant's reply brief in support of its motion to dismiss or transfer venue, Filing No. 29.  In its motion, Plaintiff notes that the parties have reached an agreement resolving this dispute and anticipate filing a joint motion for dismissal within thirty days.

ACCORDINGLY, IT IS ORDERED that:

1.  Plaintiff's stipulated motion for stay and extension of time for filing of defendant's reply brief in support of its motion to dismiss or transfer venue is granted;

2.  The court will stay this action for thirty (30) days;

3.  SecureUSA ("Defendant") shall have thirty (30) days to submit and file its reply brief in support of its motion to dismiss or transfer venue.

DATED this 18th day of September, 2006.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge