IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INFOUSA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SECUREUSA, INC., a Georgia corporation,<br><br>Defendant. | Case No. 8:06CV363<br><br><br><br>ORDER |

This matter is before the court on its own motion. On InfoUSA'a stipulated motion, this court previously granted InfoUSA, Inc. an extension of time to October 18, 2006, for filing of defendant's reply brief in support of its motion to dismiss or transfer venue, Filing No. 29. In its motion, InfoUSA noted that the parties had reached an agreement in principle resolving this dispute and anticipated filing a joint motion for dismissal within thirty days. Filing No. 30. The court extended stay for an additional thirty days, to November 25, 2006. Filing No. 32. That date has passed and neither a reply to defendant's pending motion or any settlement documents have been filed. Accordingly,

IT IS ORDERED:

1. The stay of proceedings is lifted;
2. The parties shall file a status report with the court on or before December 29, 2006;
3. No further extensions of time or stays will be granted.

DATED this 19th day of December, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge