## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **INFOUSA, INC.,** | ) | |
| | ) | **8:06CV363** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **SECUREUSA, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the status report of the plaintiff (Filing No. 34).

**IT IS ORDERED:**

Counsel for the parties shall participate in a telephone conference call with the undersigned magistrate judge on **January 18, 2007, at 10:30 a.m.**  The plaintiff's counsel shall initiate the telephone conference.

DATED this 3rd day of January, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge