# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **INFOUSA,** | ) | |
| | ) | **8:06CV363** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **SECUREUSA,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court following a telephone conference with counsel on January 18, 2007.

**IT IS ORDERED:**

The parties shall file a planning conference report pursuant to Fed. R. Civ. P. 26(f) **on or before February 16, 2007**,

DATED this 18th day of January, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge