# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INFOUSA, INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SECUREUSA, INC., a Georgia Corporation,<br><br>　　　　Defendant. | Case No. 8:06CV363<br><br><br><br>**ORDER OF DISMISSAL<br>WITH PREJUDICE** |

IT IS HEREBY ORDERED, pursuant to a Separate Settlement Agreement and stipulation of the parties, that the Complaint filed in the above-identified action is hereby dismissed with prejudice.

SO ORDERED this 12th day of February, 2007.

BY THE COURT:


s/ Joseph F. Bataillon
Chief U.S. District Court Judge